UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

| | | |
|---|---|---|
| LEXINGTON INSURANCE COMPANY, as Subrogee of INDEPENDENCE REALTY TRUST, LLC | ) ) ) ) ) | CIVIL ACTION NO. 3:20-CV-158-DJH |
| Plaintiff | ) ) | |
| vs. | ) ) ) | **NOTICE OF REMOVAL** |
| SOUTHERN SUPPLY COMPANY, LLC, d/b/a ALLEGHENY CONSTRUCTION SERVICES and d/b/a ELITE SPECIALTIES GROUP | ) ) ) ) ) | |
| Defendant | ) ) | |

\*\*\* \*\*\* \*\*\* \*\*\* \*\*\*

Defendant, Southern Supply Company, LLC, d/b/a Allegheny Construction Specialties, and d/b/a Elite Specialties Group, by counsel, hereby files this Notice of Removal to the United States District Court for the Western District of Kentucky pursuant to 28 U.S.C. §§ 1441 and 1446. In support of this Notice of Removal, Defendant states as follows:

1. On February 11, 2020, an action was commenced in the Jefferson Circuit Court, Commonwealth of Kentucky titled Lexington Insurance Company, as Subrogee of Independence Realty Trust, LLC vs. Southern Supply Company, LLC, d/b/a Allegheny Construction Specialties and d/b/a Elite Specialties Group, and was assigned Case No. 20-CI-001122.

2. Southern Supply Company, LLC, d/b/a Allegheny Construction Specialties, and d/b/a Elite Specialties Group was served with the Summons and Complaint via service on February

21, 2020 to the Kentucky Secretary of State, its statutory agent in Kentucky for service of process.

3. A copy of the Summons and Complaint, the only pleadings that have been served on Southern Supply Company, LLC, d/b/a Allegheny Construction Specialties, and d/b/a Elite Specialties Group, and the Answer filed by Southern Supply Company, LLC, d/b/a Allegheny Construction Specialties, and d/b/a Elite Specialties Group are attached as an Exhibit.

4. This Notice of Removal is being filed within thirty (30) days after the receipt of the Plaintiff's Complaint by Southern Supply Company, LLC, d/b/a Allegheny Construction Specialties, and d/b/a Elite Specialties Group, and is filed timely under 28 U.S.C.§ 1446(b).

5. This action is of a civil nature arising from a fire loss occurring on or about April 13, 2018. Plaintiff seeks reimbursement of proceeds paid by the Plaintiff as a result of the subject fire loss.

6. This Court has original subject matter jurisdiction over this action under 28 U.S.S.§1332(a), inasmuch as the amount in controversy exceeds the sum or value of $75,000.00, exclusive of interest and costs, and is between citizens of different states.

7. Plaintiff Lexington Insurance Company, as Subrogee of Independence Realty Trust, LLC is a Delaware corporation. (Complaint at ¶1).

8. Southern Supply Company, LLC, d/b/a Allegheny Construction Specialties, and d/b/a Elite Specialties Group is organized under the laws of the State of Tennessee with its principal place of business in Tennessee.

9. The amount in controversy exceeds $75,000.00.

10. Written notice of the filing of this Notice of Removal has been served upon the Plaintiff through its counsel, as required by law.

11. A trial by jury was requested by Plaintiff in its Complaint and by Defendant in its Answer.

12. A true and accurate copy of this Notice of Removal has been filed with the Clerk of the Court for the Jefferson Circuit Court, Commonwealth of Kentucky, as required by law.

WHEREFORE, Defendant gives notice that the above action, initiated in the Jefferson Circuit Court, Commonwealth of Kentucky, is hereby removed to the United States District Court for the Western District of Kentucky, Louisville Division for the reasons set forth above.

Respectfully submitted,

SEWELL & NEAL, PLLC

/s/ Charles A. Walker
CHARLES A. WALKER
ZACHARY C. RICHARDS
220 West Main Street, Suite 1800
Louisville, KY  40202
Telephone:     (502) 582-2030
Facsimile:      (502) 561-0766
E-mail:           cwalker@sonlegal.com
*Counsel for Defendant*

## CERTIFICATE OF SERVICE

It is hereby certified that a copy of the foregoing was electronically filed and a copy mailed and/or e-mailed this 2nd day of March, 2020 to the following individuals:

Matthew D. Ellison
Fowler Bell, PLLC
300 W. Vine Street, #600
Lexington, KY 40507
MEllison@fowlerlaw.com
*Co-Counsel for Plaintiff*

Larry W. Jenkins
Brandon T. Brown
Denenberg Tuffley, PLLC
28411 Northwestern Highway, Suite 600
Southfield, MI 48034
LJenkins@Dt-law.com
BBrown@Dt-law.com
*Co-Counsel for Plaintiff*

/s/ Charles A. Walker
CHARLES A. WALKER